**FILED**
November 4, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALBERT GURLEY, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00424 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Albert Gurley ; Case 2:11-cr-00424 KJM from custody subject to the conditions contained in the "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of _____

_X_   Appearance Bond in the amount of $350,000.00 secured by two properties owned by Stephen M. Willis.

__   Appearance Bond with 10% Deposit

__   Appearance Bond secured by Real Property

__   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 11/4/11 at 1:18 p.m.

By _____
Kimberly J. Mueller
United States District Judge