1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALBERT TORAIN GURLEY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. CR-S-11-424 KJM
                                  )
12              Plaintiff,        )
                                  )   [PROPOSED] ORDER TO EXONERATE
13      v.                        )   BOND
                                  )
14 ALBERT TORAIN GURLEY,          )
                                  )
15              Defendant.        )
                                  )
16 _____)

17      The Court finds that Mr. Gurley was released pursuant to a $350,000.00 property bond which he

18 posted to the Clerk of the Court.  On August 29, 2012, Mr. Gurley entered a guilty plea to Counts 1 and 2 of

19 the Indictment subject to Rule 11(c)(1)(C).  On November 14, 2012, the Court sentenced Mr. Gurley to

20 imprisonment for a term of 108 months on each of Counts 1 and 2.  Mr. Gurley is currently serving his

21 sentence at Atwater United States Penitentiary.

22      Therefore, it is hereby ORDERED that the $350,000.00 property bond posted in this case is ordered

23 exonerated and the Clerk of the Court is directed to reconvey to the surety, Stephen M. Willis.  *See* Exhibits

24 A and B for Legal Description of Real Property posted on behalf of Mr. Gurley.

25
   Dated:  January 14, 2013.
26
                                                    _____
27      `                                           ALLISON CLAIRE
28                                                  UNITED STATES MAGISTRATE JUDGE

EXHIBIT "A"
LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

The South one-quarter of Lot No. 1, in Block of Square bounded by and between "V" and "W" and 5th and 6th Streets of said City, according to the Official Map or plan thereof.

APN: 009-0176-016-0000