UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DELANIOUS WARD, et al,<br><br>            Defendants. | No. 2:24-cr-00012-TLN<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ALBERT GURLEY,<br><br>            Defendant. | No. 2:11-cr-00424-KJM |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CRAIG HUNTER,<br><br>            Defendant. | No. 2:21-cr-00019-KJM |

1

1    Examination of the above-captioned actions reveals they are related within the meaning of
2 Local Rule 123.  Pursuant to Local Rule 123(f), "the actions shall be related to the
3 Judge…assigned to the new criminal action…unless the original sentencing judge desires to
4 retain the first action."  Here, judicial economy is also best served if the Court assigned to the
5 new criminal action retains the cases, as the defendants are charged in a drug-trafficking wiretap
6 conspiracy. The wiretap applications were also reviewed and approved by the Court to which the
7 new action was assigned.

8    Relating the cases under Local Rule 123, however, merely has the result that the actions
9 are assigned to the same judge, it does not consolidate the actions.

10   IT IS THEREFORE ORDERED that the actions denominated 2:11-cr-00424-KJM and
11 2:21-cr-00019-KJM are reassigned to District Judge Troy L. Nunley, and the captions shall read
12 2:11-cr-00424-TLN and 2:21-cr-00019-TLN.  Any dates currently set in reassigned cases are
13 hereby VACATED.

14   IT IS SO ORDERED.

15 DATED: March 7, 2024

Troy L. Nunley
United States District Judge